UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:  ) CASE NO: 11-40943-659  Chapter 13
    RICHARD WERGES  )
 ) Trustee's Objection to Confirmation
    DEBORAH WERGES  )
 ) Original confirmation hearing
                Debtor(s) ) set for Mar 31, 2011 11:00 AM

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The set monthly payments to be made by the Trustee exceed the plan payment.
2. MORTGAGE ARREARS ARE PAID OVER 60 MONTHS (MAXIMUM 48).

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                        /s/ John V. LaBarge, Jr.

KLW-351                                   --------------------------------
                                               John V LaBarge Jr
Copy served on the following either   Chapter 13 Trustee
through the Court's ECF system or by  P.O. Box 430908
ordinary mail on March 3, 2011     : St. Louis, MO 63143  (314) 781-8100
                                            trust33@ch13stl.com  Fax:(314) 781-8881
HEAGLER LAW FIRM
6302 N ROSEBURY
STE 1W
CLAYTON MO  63105

RICHARD & DEBORAH WERGES
156 HWY B
MONTGOMERY CITY MO  63361